An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN WIESNER,
Appellant,
vs.
GRETCHEN GRIERSON; HORIZON
CENTER FOR CHILDREN AND
FAMILIES; AND JODIE RITCHIE,
Respondents.

No. 63589

DEANN WIESNER,
Appellant,
vs.
GRETCHEN GRIERSON; HORIZON
CENTER FOR CHILDREN AND
FAMILIES; AND JODIE RITCHIE,
Respondents.

No. 63590

FILED

OCT 11 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEALS

On July 15, 2013, these appeals were docketed in this court without payment of the requisite filing fees. On August 15, 2013, appellant filed a proper person request to proceed in forma pauperis in each appeal. On August 26, 2013, this court entered an order denying appellant's requests and directing appellant to seek relief in the district court in the first instance. Appellant was cautioned that her failure to respond within 30 days would result in the dismissal of these appeals. To date, appellant has not paid the filing fees or otherwise responded to this court's orders. Accordingly, cause appearing, these appeals are hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Marie K. Linder_

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-30386

cc: Hon. Jennifer P. Togliatti, District Judge
DeAnn Wiesner
Gretchen Grierson
Jodie Ritchie
Eighth District Court Clerk